■ S. S. SILBERBLATT, INC., et al., Appellants, v DAVID MORGULAS, Respondent.—Order, Supreme Court, New York County, entered on September 8, 1978, unanimously affirmed on the opinion of Tierney, J., at Special Term, without costs and without disbursements. Concur—Kupferman, J. P., Birns, Fein, Sandler and Markewich, JJ.

■ In the Matter of ROBERT S. PERSKY, an Attorney.—Matter remitted to the Chief Counsel for the Departmental Disciplinary Committee as indicated in the order of this court. Motion for reinstatement held in abeyance. Concur—Murphy, P. J., Kupferman, Sandler, Sullivan and Lane, JJ.

(November 15, 1979)

■ CASTLE REINSURANCE CO., LTD., et al., Appellants, v NORTH STAR REINSURANCE CORPORATION, Respondent.—Judgment, Supreme Court, New York County, entered on September 8, 1979, unanimously affirmed for the reasons stated by Marks, J., at Special Term. Respondent shall recover of appellants $50 costs and disbursements of this appeal. Concur—Kupferman, J. P., Birns, Fein, Sandler and Sullivan, JJ.

■ LESLY T. MEGA, Petitioner, v STATE DIVISION OF HUMAN RIGHTS et al., Respondents.—Petition for an order setting aside and annulling the determination of the State Human Rights Appeal Board dated June 29, 1979, unanimously dismissed as premature, without costs and without disbursements. No opinion. Concur—Kupferman, J. P., Birns, Fein, Sandler and Bloom, JJ.

■ In the Matter of CARL MORRIS FIELD, an Attorney.—Motion granted only to the extent of directing that respondent's application for reinstatement be referred to the Committee on Character and Fitness for Admission to the Bar as indicated in the order of this court. Concur—Kupferman, J. P., Birns, Fein, Sandler and Bloom, JJ.